CLOSED

# U.S. District Court
## Eastern District of Missouri (St. Louis)
### CRIMINAL DOCKET FOR CASE #: <u>4:19−mj−06311−PLC−1</u>

Case title: USA v. Burton
Other court case number: 8:19CR−409−T−30−AAS Middle District of Florida – Tampa

Date Filed: 09/24/2019
Date Terminated: 09/24/2019

Assigned to: Magistrate Judge Patricia L. Cohen

### Defendant (1)

**Joshua Eugene Burton**
*TERMINATED: 09/24/2019*

represented by **St. Louis Fed Public Defender**
FEDERAL PUBLIC DEFENDER
1010 Market Street
Suite 200
St. Louis, MO 63101
314−241−1255
Fax: 314−421−3177
Email: moe_ecfnote@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Gov*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposit

### Highest Offense Level (Terminated)

None

### Complaints

Rule 5c3 OUT

### Disposit

GREGORY J. LINHARES, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **U. S. Attorney – Criminal**<br>OFFICE OF U.S. ATTORNEY<br>111 S. Tenth Street<br>20th Floor<br>St. Louis, MO 63102<br>314–539–2200<br>Fax: 314–539–7695<br>Email: usamoe.crimdock@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br>*Bar Status: Gov* |

Email All Attorneys
(will not send to terminated parties)

Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/24/2019 | | | RULE 5 COMPLAINT – OUT signed by Judge Magistrate Judge Patricia L. CohenACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E–GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. as to Joshua Eugene Burton (1). (DJO) (Entered: 09/24/2019) |
| 09/24/2019 | | | Arrest of defendant Joshua Eugene Burton date of arrest: 9/24/2019 on charging papers from Middle District of Florida (MCB) (Entered: 09/25/2019) |
| 09/24/2019 | 1 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before Magistrate Judge Patricia L. Cohen: Rule 5c3 Removal Hearing as to Joshua Eugene Burton held on 9/24/2019. Defendant sworn. Defendant does not contest identity and waives identity hearing. Federal Public Defender appointed for initial appearance only. (Probation/Pretrial Officer: C. Hunter) (proceedings started: 2:19) (proceedings ended: 2:27)(FTR Gold Operator initials: M. Berg) (Defendant Location: custody)(Attorney Appearance for USA: John Ware.)(Attorney Appearance for Defense: Michael Mahan.) (MCB) (Entered: 09/25/2019) |
| 09/24/2019 | 2 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Joshua Eugene Burton St. Louis Fed Public Defender for Joshua Eugene Burton appointed for only the initial appearance. Signed by Magistrate Judge Patricia L. Cohen on September 24, 2019. (MCB) (Entered: 09/25/2019) |
| 09/24/2019 | 3 | | Rule 5 papers prepared by the judge as to Joshua Eugene Burton. (MCB) (Entered: 09/25/2019) |
| 09/24/2019 | 4 | | CJA 23 Financial Affidavit by Joshua Eugene Burton (MCB) (Entered: 09/25/2019) |
| 09/24/2019 | 5 | | WAIVER of Rule 5(c)(3) Hearings by Joshua Eugene Burton (MCB) (Entered: |

|  |  |  | 09/25/2019) |
|---|---|---|---|
| 09/24/2019 | 6 |  | COMMITMENT TO ANOTHER DISTRICT as to Joshua Eugene Burton. Defendant committed to District of Middle District of Florida. Signed by Magistrate Judge Patricia L. Cohen on September 24, 2019. (MCB) (Entered: 09/25/2019) |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19-MJ-6311 PLC |
| ) | 8:19CR-409-T-30 AAS (MDFL) |
| JOSHUA EUGENE BURTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A (c) and, the Criminal Justice Act Plan for the Eastern District of Missouri, IV, B, the Federal Public Defender for this District is hereby appointed to represent the above-named defendant for:

☑ The initial appearance only.

☐ All further proceedings in this case.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 24th day of September, 2019

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  4:19-MJ-6311 PLC |
| | ) | |
| JOSHUA EUGENE BURTON | ) | Charging District's Case No.  8:19CR-409-T-30 AAS (MDFL) |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   Middle District of Florida

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)   a hearing on any motion by the government for detention;

(6)   request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☒   an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, PLC

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   9/24/2019

*Defendant's signature*

*Signature of defendant's attorney*

Michael Manon

*Printed name of defendant's attorney*

5

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | |
|---|---|
| United States of America<br>v.<br><br>JOSHUA EUGENE BURTON<br>*Defendant* | )<br>)<br>) Case No.  4:19-MJ-6311 PLC<br>)<br>) Charging District's<br>) Case No.  8:19CR-409-T-30-AAS |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Middle___ District of ___Florida___, *(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant:  ☐ will retain an attorney.
                ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: ___9/24/2019___

*Judge's signature*

Patricia L. Cohen, U.S. Magistrate Judge
*Printed name and title*

GREGORY J. LINHARES, CLERK
A TRUE COPY OF THE ORIGINAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: